### SIMMONS *v.* BRAINARD.

In an action of damages, laid at two hundred dollars, defendant plead a general denial, and an offset of one hundred and twenty-five dollars. *Held*, that the Supreme Court has no jurisdiction, the amount in dispute being less than two hundred dollars; and that the fact that an offset was plead did not alter the case.

APPEAL from the Sixth District.

Suit in Justice's Court for two hundred dollars damages, for breach of warranty on sale of a horse. Answer was general denial, with plea of one hundred and twenty-five dollars offset, for which defendant asked judgment. The Justice gave plaintiff judgment for twenty-five dollars. Defendant appealed to the County Court, where a jury found for him eighty-six dollars. From a judgment for this sum, plaintiff appeals to the Supreme Court.

*C. Cole,* for Appellant.

*W. S. Long,* for Respondent.

BALDWIN, J. delivered the opinion of the Court—FIELD, C. J. concurring.

We have no jurisdiction in this case; the amount being less than two hundred dollars. The fact that an offset was pleaded by defendant, does not alter the case; if so, whenever an offset to the amount of two hundred dollars was set up in a Justice's Court, the jurisdiction would be ousted.

Appeal dismissed.